UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20479-CIV-SEITZ/MCALILEY

MAERSK LINE,

    Plaintiff,

v.

ALL TRANSPORT, INC.,

    Defendant.
_____/

## FINAL DISMISSAL

THIS CAUSE is before the Court on the parties' Stipulation and Order of Settlement ("Stipulation") [DE 9]. Pursuant to the Stipulation, executed by all parties, it is hereby

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for a period of ninety (90) days to enforce the parties' settlement.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE AND ORDERED at Miami, Florida, this 8th day of May, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record